Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LEVORY W. HICKMON, SR.,**

    **Plaintiff,**

**v.**                                    Case No.  3:15cv70/MCR/CJK

**FEDERAL BUREAU OF
INVESTIGATION,**

    **Defendant.**
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 2, 2015.  (Doc. 5).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  This action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of March, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**